118 F.3d 1574
 American Centennial Insurance Company
v.
Underwriters, Inc., TUI Insurance Services of California,
Inc., John A. Kraeutler, Joseph F. Ambriano, Davis Dorland &
Co., Inc., Ebasco Risk Management Consultants, Inc., Ebasco
Services, Inc., Associated Compnay Management of Ebasco,
ltd., Fordingbridge International Underwriters, Ltd.,
Nicholas Jones, EWI SA International Insurance Brokers, Paul
Karrer, Placer's, Inc., Island Reinsurance Corporation, John
 NOS. 96-5500, 96-5536
 United States Court of Appeals,
Third Circuit.
 June 06, 1997
 
 Appeal From: D.N.J. ,No.94cv04168 ,
 Politan, J.
 
 
 1
 Affirmed.